IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LARRY HOSEA FRANKLIN,
as Power of Attorney for HOSEA FRANKLIN,
An Incapacitated Person                                                                                  PLAINTIFF

V.                                        CASE NO. 09-CV-1012

ADVOCAT, INC.; DIVERSICARE MANAGEMENT
SERVICES CO.; and DIVERSICARE LEASING
CORP. d/b/a OUACHITA NURSING AND
REHABILITATION CENTER                                                                          DEFENDANTS

## ORDER

  Before the Court is a Joint Motion to Remand. (Doc. 4). Plaintiff and Defendants request, based on a prior agreement of the parties that this matter would not be removed to federal court, that this case be remanded back to the Circuit Court of Ouachita County, Arkansas. Upon consideration, the Court finds that the Joint Motion to Remand should be and hereby is **GRANTED**. The above-styled and captioned matter shall be remanded to the Circuit Court of Ouachita County, Arkansas.

  IT IS SO ORDERED, this 1st day of April, 2009.

                   /s/ Harry F. Barnes
                   Hon. Harry F. Barnes
                   United States District Judge